# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

DWELL, LLC, a Delaware limited liability company,

V.

DESIGN SPACE, LLC, a New York limited liability company, DWELL HOME FURNISHING, LLC, a New York limited liability company,

SUMMONS IN A CIVIL CASE

CASE NUMBER:


C 07 2330

TO: (Name and address of defendant)

DESIGN SPACE, LLC
417 CANAL STREET, 8TH FLOOR
NEW YORK, NEW YORK  10013

DWELL HOME FURNISHINGS, LLC
154 SPRING STREET, 2ND FLOOR
NEW YORK, NEW YORK  10012

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

D. Peter Harvey
Seth I. Appel
Harvey Siskind LLP
4 Embarcadero Center, 39th Floor
San Francisco, California  94111
Tel:  415-354-0100
Fax:  415-391-7124

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK
ANNA SPRINKLES

APR 3 0 2007
DATE _____