# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWELL, LLC, a Delaware limited liability company, | **SUMMONS IN A CIVIL CASE** |
| v. | CASE NUMBER: |
| DESIGN SPACE, LLC, a New York limited liability company, DWELL HOME FURNISHING, LLC, a New York limited liability company, | C 07 2330 |

TO: (Name and address of defendant)

DESIGN SPACE, LLC
417 CANAL STREET, 8TH FLOOR
NEW YORK, NEW YORK 10013

DWELL HOME FURNISHINGS, LLC
154 SPRING STREET, 2ND FLOOR
NEW YORK, NEW YORK 10012

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

D. Peter Harvey
Seth I. Appel
Harvey Siskind LLP
4 Embarcadero Center, 39th Floor
San Francisco, California 94111
Tel: 415-354-0100
Fax: 415-391-7124

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK
ANNA SPRINKLES

DATE APR 3 0 2007

UNITED STATES DISTRICT COURT
NORTHSERN DISTRICT OF CALIFORNIA
----------------------------------------------------------X
DWELL, LLC, a Delaware limited liability
company,
                      Plaintiff(s),

    -against-

DESIGN SPACE. LLC a New York limited
liability company, DWELL HOME FURNISHING,
LLC ,a New York limited liability company,
                      Defendant(s).
----------------------------------------------------------X
STATE OF NEW YORK    )
                            s.s :
COUNTY OF NEW YORK  )

CASE NO. C 07 2330

**AFFIDAVIT OF SERVICE**

    STEVEN MITCHELL, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE. INC., is over the age of eighteen years and is not a party to the action.
    That on the 5th day of June, 2007, at approximately 1:30 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; ECF REGISTRATION INFORMATION HANDOUT and NOTICE OF ASSIGNMENT OF CASE TO U.S. MAGISTRATE JUDGE FOR TRIAL** upon Design Space, LLC-National Registered Agents, Inc.-Agents for Service at 875 Avenue of the Americas, Suite 501, New York, New York 10001 by personally delivering and leaving the same with Maria Garcia, Service of Process Receptionist, who is authorized by appointment to accept service.
    Maria Garcia is a brown-skinned female, approximately 40-50 years of age, was seated at the time of service, weighs approximately 155 pounds, with curly short brown hair and dark eyes.

Sworn to before me this
5th day of June, 2007

_____
STEVEN MITCHELL #1164011

MICHAEL I. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010