# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

DWELL, LLC, a Delaware limited liability company,

v.

DESIGN SPACE, LLC, a New York limited liability company, DWELL HOME FURNISHING, LLC, a New York limited liability company,

SUMMONS IN A CIVIL CASE

CASE NUMBER:

C 07 2330 JL

TO: (Name and address of defendant)

DESIGN SPACE, LLC
417 CANAL STREET, 8TH FLOOR
NEW YORK, NEW YORK 10013

DWELL HOME FURNISHINGS, LLC
154 SPRING STREET, 2ND FLOOR
NEW YORK, NEW YORK 10012

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

D. Peter Harvey
Seth I. Appel
Harvey Siskind LLP
4 Embarcadero Center, 39th Floor
San Francisco, California 94111
Tel: 415-354-0100
Fax: 415-391-7124

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK
ANNA SPRINKLES

APR 3 0 2007
DATE_____

```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
---------------------------------------------------------X
DWELL, LLC, a Delaware limited liability
company,                                                          CASE NO. C 07 2330
                    Plaintiff(s),

     -against-                                                    AFFIDAVIT OF SERVICE

DESIGN SPACE. LLC a New York limited
liability company, DWELL HOME FURNISHING,
LLC ,a New York limited liability company,
                    Defendant(s).
---------------------------------------------------------X
STATE OF NEW YORK        )
                                    s.s :
COUNTY OF NEW YORK    )
```

BOBBY ALI , being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

That on the 6th day of June, 2007, at approximately 3:18 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; ECF REGISTRATION INFORMATION HANDOUT and NOTICE OF ASSIGNMENT OF CASE TO U.S. MAGISTRATE JUDGE FOR TRIAL** upon Dwell Home Furnishings, LLC-Attention: Joshua Young-Agent for Service at 155 Avenue of the Americas, 7th Floor, New York, New York by personally delivering and leaving the same with Joshua Young-Agent, President, who is authorized by law to accept service.

Joshua Young is a white male, approximately 37 years of age, is approximately 6 feet tall, weighs approximately 170 pounds, with short light brown hair and blue eyes.

Sworn to before me this
6th day of June, 2007                                      _____
                                                           BOBBY ALI #871612

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010