1  NEIL D. GREENSTEIN (SBN 123980)
   TECHMARK
2  1917 Palomar Oaks Way, Suite 300
   Carlsbad, CA 92008
3  Telephone: (858) 704-0515
   Facsimile:  (408) 280-2250
4  Email: ndg@techmark.com
   Attorneys for Defendants
5  DESIGN SPACE, LLC AND
   DWELL HOME FURNISHINGS, LLC
6
   D. PETER HARVEY, LLP (SBN 55712)
7  SETH I. APPEL, (SBN 233421)
   HARVEY SISKIND LLP
8  Four Embarcadero Center, 39th Floor
   San Francisco, CA 94111
9  Telephone: (415) 354-0100
   Facsimile:   (415) 391-7124
10 pharvey@harveysiskind.com
   sappel@harveysiskind.com
11 Attorneys for Plaintiff DWELL LLC

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

| DWELL LLC, a Delaware limited liability company, | Case No.: CV07-2330 (JL) |
|---|---|
| Plaintiff, | **STIPULATION EXTENDING TIME FOR DEFENDANTS DESIGN SPACE, LLC AND DWELL HOME FURNISHINGS, LLC TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| v. | |
| DESIGN SPACE, LLC, a New York limited liability company, DWELL HOME FURNISHINGS, LLC, a New York limited liability company, and DOES 1-25, | [No Order Necessary - L.R. 6-1] |
| Defendants. | |

1     WHEREAS, the Summons and Complaint in the underlying action were
2 served on Defendants, Design Space, LLC and Dwell Home Furnishings, LLC on
3 June 5, 2007;
4     WHEREAS, under Federal Rule of Civil Procedure 12(a), Defendants'
5 Answer is due on June 25, 2007;
6     WHEREAS, Plaintiff's counsel agreed to give Defendants an additional two
7 (2) weeks in which to answer, move or otherwise respond to the Complaint;
8     WHEREAS, the extension will not alter the date of any event or any
9 deadline already fixed by the Court Order.
10     NOW THEREFORE, the parties hereby stipulate and agree that Defendants
11 Design Space, LLC and Dwell Home Furnishings, LLC, shall have an extension of
12 time of two (2) weeks to and including July 9, 2007, in which to answer, move or
13 otherwise respond to the Complaint in this action.

15 Dated: June 22, 2007     Neil D. Greenstein
    TECHMARK

17 By: _____
    Neil D. Greenstein
18     Attorney for Defendants Design Space, LLC
    and Dwell Home Furnishings, LLC

20 Dated: June 22, 2007     D. Peter Harvey
    Seth I. Appel
    HARVEY SISKIND, LLP

22 By: _____
    Attorneys for Plaintiff Dwell, LLC

STIP. EXT. TIME TO ANSWER COMPLAINT- Case No. CV07-2330
- 1 -