1  NEIL D. GREENSTEIN (SBN 123980)
   TECHMARK
2  1917 Palomar Oaks Way, Suite 300
   Carlsbad, CA 92008
3  Telephone: (858) 704-0515
   Facsimile: (408) 280-2250
4  Email: ndg@techmark.com

5  Attorneys for Defendants
   DESIGN SPACE, LLC AND
6  DWELL HOME FURNISHINGS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWELL LLC, a Delaware limited liability company,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>DESIGN SPACE, LLC, a New York limited liability company, DWELL HOME FURNISHINGS, LLC, a New York limited liability company, and DOES 1-25,<br><br>　　　　　　Defendants. | Case No.: CV07-2330 (JL)<br><br>**DEFENDANTS' CERTIFICATION AS TO INTERESTED PARTIES PURSUANT TO FRCP 7.1 AND LOCAL RULE 3-16(b)** |

1  In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 3-16(b), the undersigned, counsel of record for Defendants, Design Space, LLC and Dwell Home Furnishings, LLC, New York limited liability companies, certify that only the Defendants have direct, pecuniary interests in the outcome of this case.  Further, Defendants have no parent corporation and there are no publically held shareholders of Defendants that own 10% or more of Defendants' stock.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: June 22, 2007			Neil D. Greenstein
					TECHMARK

					By:_____/s/_____
					         Neil D. Greenstein
					         Attorney for Defendants Design Space, LLC
					         and Dwell Home Furnishings, LLC

Def's Cert. as to Interested Parties					CV07-2330(JL)

- 1 -