1  NEIL D. GREENSTEIN (SBN 123980)
   TECHMARK
2  1917 Palomar Oaks Way, Suite 300
   Carlsbad, CA 92008
3  Telephone: (858) 704-0515
   Facsimile: (408) 280-2250
4  Email: ndg@techmark.com

5  Attorneys for Defendants
   DESIGN SPACE, LLC AND
6  DWELL HOME FURNISHINGS, LLC

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWELL LLC, a Delaware limited liability company, | Case No.: CV07-2330 (JL) |
| Plaintiff, | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION** |
| v. | |
| DESIGN SPACE, LLC, a New York limited liability company, DWELL HOME FURNISHINGS, LLC, a New York limited liability company, and DOES 1-25, | |
| Defendants. | |

1  The undersigned parties hereby decline to consent to the assignment of this case to a
2  United States Magistrate Judge for trial and disposition and hereby request the reassignment of
3  this case to a United States District Judge.  Defendants understand that since this is an
4  Intellectual Property case, this civil action may be reassigned in any office of the Northern
5  District of California.

7  Dated: June 22, 2007        Neil D. Greenstein
                                TECHMARK

9                              By:_____/s/_____
                                    Neil D. Greenstein
10                                  Attorney for Defendants Design Space, LLC
                                    and Dwell Home Furnishings, LLC

28 Request for Reassignment to U.S. Dist. Judge                    CV07-2330 (JL)

- 1 -