1  NEIL D. GREENSTEIN (SBN 123980)
   TECHMARK
2  1917 Palomar Oaks Way, Suite 300
   Carlsbad, CA 92008
3  Telephone: (858) 704-0515
   Facsimile:  (408) 280-2250
4  Email: ndg@techmark.com

5  Attorneys for Defendants
   DESIGN SPACE, LLC AND
6  DWELL HOME FURNISHINGS, LLC

7  D. PETER HARVEY, LLP (SBN 55712)
   SETH I. APPEL, (SBN 233421)
8  HARVEY SISKIND LLP
   Four Embarcadero Center, 39th Floor
9  San Francisco, CA 94111
   Telephone: (415) 354-0100
10 Facsimile:  (415) 391-7124
   pharvey@harveysiskind.com
11 sappel@harveysiskind.com

12 Attorneys for Plaintiff DWELL LLC

13               UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15

16

17 DWELL  LLC,  a  Delaware  limited        Case No.: CV07-2330 (SBA)
   liability company,
18                                          **SECOND STIPULATION
                      Plaintiff,            EXTENDING TIME FOR
19          v.                              DEFENDANTS DESIGN SPACE,
                                            LLC AND DWELL HOME
20 DESIGN  SPACE,  LLC,  a  New  York       FURNISHINGS, LLC TO
   limited  liability  company,  DWELL      ANSWER OR OTHERWISE
21 HOME  FURNISHINGS,  LLC,  a  New         RESPOND TO COMPLAINT**
   York  limited  liability  company,  and
22 DOES 1-25,                               [No Order Necessary - L.R. 6-1]

23                     Defendants.

24

25

26

27

28

1     WHEREAS, the Summons and Complaint in the underlying action were

2  served on Defendants, Design Space, LLC and Dwell Home Furnishings, LLC on

3  June 5, 2007;

4     WHEREAS, under Federal Rule of Civil Procedure 12(a), Defendants'

5  Answer was due on June 25, 2007;

6     WHEREAS, Plaintiff's counsel previously agreed to allow Defendants an

7  additional two (2) weeks in which to answer, move or otherwise respond to the

8  Complaint, and with such extension, and Defendants' Answer will be due on July

9  9, 2007;

10    WHEREAS, Plaintiff's counsel have now agreed to a second extension of

11  two (2) weeks in which to answer, move or otherwise respond to the Complaint.

12    WHEREAS, this second extension will not alter the date of any event or any

13  deadline already fixed by the Court Order.

14    NOW THEREFORE, the parties hereby stipulate and agree that Defendants

15  Design Space, LLC and Dwell Home Furnishings, LLC, shall have an extension of

16  time of an additional two (2) weeks, to and including July 23, 2007, in which to

17  answer, move or otherwise respond to the Complaint in this action.

18

19  Dated: July _6_, 2007          Neil D. Greenstein
                                    TECHMARK
20

21                          By:_____
                                    Neil D. Greenstein
22                                  Attorney for Defendants Design Space, LLC
                                    and Dwell Home Furnishings, LLC
23

24  Dated: July _6_, 2007          D. Peter Harvey
                                    Seth I. Appel
25                                  HARVEY SISKIND, LLP
26

27                          By:_____
                                    Attorneys for Plaintiff Dwell, LLC
28

-1-