HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
SETH I. APPEL (SBN 233421)
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124
pharvey@harveysiskind.com
sappel@harveysiskind.com

Attorneys for Plaintiff,
DWELL, LLC

TECHMARK
NEIL D. GREENSTEIN (SBN 123980)
1917 Palomar Oaks Way, Suite 300
Carlsbad, CA 92008
Telephone: 858-704-0515
Facsimile: 408-280-2250
ndg@techmark.com

Attorneys for Defendants
DESIGN SPACE, LLC and
DWELL HOME FURNISHINGS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DWELL, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DESIGN SPACE, LLC, a New York limited liability company, DWELL HOME FURNISHINGS, LLC, a New York limited liability company, and DOES 1-25,<br><br>Defendants. | Case No. C 07-2330 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT CONFERENCE** |

STIPULATION AND [PROPOSED] ORDER
RESETTING CASE MANAGEMENT CONFERENCE                                               CASE NO. C 07-2330 SBA

1  The parties hereto, through their respective counsel, having met and conferred pursuant to
2  F.R.C.P. 26 (f) and Civil Local Rule 3-16, hereby respectfully request brief adjustments in the Case
3  Management Schedule initially set by Magistrate Judge James Larson, to whom the case was originally
4  assigned, as follows:

5  (1) The last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule
6  26(f) report, and file Case Management Statement, currently August 1, 2007, shall be moved to
7  September 6, 2007; and

8  (2) The initial Case Management Conference, currently set for September 13, 2007 at 2:30 p.m.,
9  shall now take place on September 19, 2007, at a time following 2:30 p.m. to be set at the Court's
10 convenience in the Order below.

Respectfully submitted,

HARVEY SISKIND LLP
D. PETER HARVEY
SETH I. APPEL

Dated: 7/18/07        By: _____

Attorneys for Plaintiff,
DWELL, LLC


TECHMARK
NEIL D. GREENSTEIN

Dated: 7/18/07        By: _____

Attorney for Defendants
DESIGN SPACE, LLC and
DWELL HOME FURNISHINGS, LLC


Pursuant to stipulation, IT IS SO ORDERED this ____ day of July, 2007. The initial Case Management Conference herein shall take place at _____ p.m. on September 19, 2007, via telephone

-1-

STIPULATION AND [PROPOSED] ORDER                                    CASE NO. C 07-2330 SBA
RESETTING CASE MANAGEMENT CONFERENCE

1 | conference call to be set up by the plaintiff's counsel. With all parties on the line, counsel shall call
2 | chambers at (510) 637-3559.
3 |
4 | DATED: _____
5 |                             The Honorable Saundra B. Armstrong
                            United States District Court Judge

-2-

STIPULATION AND [PROPOSED] ORDER
RESETTING CASE MANAGEMENT CONFERENCE

CASE NO. C 07-2330 SBA