UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DWELL, LLC,

                       Plaintiff(s),

                  v.

DESIGN SPACE, LLC, and DWELL HOME
FURNISHING, LLC

                    Defendant(s).
_____/

CASE NO.  Case No. C 07-2330 SBA

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

      Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
      Early Neutral Evaluation (ENE)  (ADR L.R. 5)
      Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR phone conference and may not file this form. They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
  ✓    Private ADR *(please identify process and provider)* _____
The parties have agreed to participate in private mediation, and are discussing acceptable providers.

The parties agree to hold the ADR session by:
  ✓    the presumptive deadline *(The deadline is 90 days from the date of the order
        referring the case to an ADR process unless otherwise ordered. )*

      other requested deadline _____

Dated:  July 18, 2007  _____

_____
Attorney for Plaintiff

Dated:  July 18, 2007  _____

_____
Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
Non-binding Arbitration
Early Neutral Evaluation (ENE)
Mediation
Private ADR

Deadline for ADR session
90 days from the date of this order.
other

IT IS SO ORDERED.

Dated:_____          _____

UNITED STATES MAGISTRATE JUDGE