UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DWELL, LLC,

          Plaintiff(s),

Case No. Case No. C 07-2330 SBA

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    v.

DESIGN SPACE, LLC and DWELL
HOME FURNISHINGS, LLC
          Defendant(s).

_____/

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 7.18.07

                                                   [Party] Dwell, LLC, Plaintiff

Dated: 7/15/07

                                                   [Counsel] D. Peter Harvey
                                                              Harvey Siskind LLP
                                                              Counsel for Plaintiff

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."