| | |
|---|---|
| 1 | HARVEY SISKIND LLP |
| 2 | D. PETER HARVEY (SBN 55712) |
|   | SETH I. APPEL (SBN 233421) |
| 3 | Four Embarcadero Center, 39th Floor |
|   | San Francisco, California 94111 |
| 4 | Telephone: (415) 354-0100 |
|   | Facsimile: (415) 391-7124 |
| 5 | pharvey@harveysiskind.com |
| 6 | sappel@harveysiskind.com |
| 7 | Attorneys for Plaintiff, |
|   | DWELL, LLC |
| 8 | |
|   | TECHMARK |
| 9 | NEIL D. GREENSTEIN (SBN 123980) |
|   | 1917 Palomar Oaks Way, Suite 300 |
| 10 | Carlsbad, CA 92008 |
| 11 | Telephone: 858-704-0515 |
|   | Facsimile: 408-280-2250 |
| 12 | ndg@techmark.com |
| 13 | Attorneys for Defendants |
|   | DESIGN SPACE, LLC and |
| 14 | DWELL HOME FURNISHINGS, LLC |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DWELL, LLC, a Delaware limited liability company, | Case No. C 07-2330 SBA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT CONFERENCE |
| v. | |
| DESIGN SPACE, LLC, a New York limited liability company, DWELL HOME FURNISHINGS, LLC, a New York limited liability company, and DOES 1-25, | |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER
RESETTING CASE MANAGEMENT CONFERENCE

CASE NO. C 07-2330 SBA

1  The parties hereto, through their respective counsel, having met and conferred pursuant to
2  F.R.C.P. 26 (f) and Civil Local Rule 3-16, hereby respectfully request brief adjustments in the Case
3  Management Schedule initially set by Magistrate Judge James Larson, to whom the case was originally
4  assigned, as follows:
5  (1) The last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule
6  26(f) report, and file Case Management Statement, currently August 1, 2007, shall be moved to
7  September 6, 2007; and
8  (2) The initial Case Management Conference, currently set for September 13, 2007 at 2:30 p.m.,
9  shall now take place on September 19, 2007, at a time following 2:30 p.m. to be set at the Court's
10 convenience in the Order below.

Respectfully submitted,

HARVEY SISKIND LLP
D. PETER HARVEY
SETH I. APPEL

Dated: 7/18/07

By: _____

Attorneys for Plaintiff,
DWELL, LLC


TECHMARK
NEIL D. GREENSTEIN

Dated: 7/18/07

By: _____

Attorney for Defendants
DESIGN SPACE, LLC and
DWELL HOME FURNISHINGS, LLC


Pursuant to stipulation, IT IS SO ORDERED this 23rd day of July, 2007. The initial Case Management Conference herein shall take place at 3:00 p.m. on September 19, 2007, via telephone

-1-

STIPULATION AND [PROPOSED] ORDER                              CASE NO. C 07-2330 SBA
RESETTING CASE MANAGEMENT CONFERENCE

conference call to be set up by the plaintiff's counsel. With all parties on the line, counsel shall call chambers at (510) 637-3559.

DATED: 7/23/07

_____
The Honorable Saundra B. Armstrong
United States District Court Judge

-2-

STIPULATION AND [PROPOSED] ORDER
RESETTING CASE MANAGEMENT CONFERENCE

CASE NO. C 07-2330 SBA