1 NEIL D. GREENSTEIN (SBN 123980)
KIMBERLY D. MARKS (SBN 181005)
2 TECHMARK
1917 Palomar Oaks Way, Suite 300
3 Carlsbad, CA 92008
Telephone: (858) 704-0515
4 Facsimile:  (408) 280-2250
Email: ndg@techmark.com
5
Attorneys for Defendants
6 DESIGN SPACE, LLC AND
DWELL HOME FURNISHINGS, LLC
7
D. PETER HARVEY (SBN 55712)
8 SETH I. APPEL (SBN 233421)
HARVEY SISKIND LLP
9 Four Embarcadero Center, 39th Floor
San Francisco, CA 94111
10 Telephone: (415) 354-0100
Facsimile:   (415) 391-7124
11 pharvey@harveysiskind.com
sappel@harveysiskind.com
12
Attorneys for Plaintiff DWELL LLC
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DWELL LLC, a Delaware limited liability company, | Case No.: CV07-2330 - SBA |
|---|---|
| Plaintiff, | **STIPULATION DISMISSING ACTION** |
| v. | [FRCP 41(a)(1)(ii)] |
| DESIGN SPACE, LLC, a New York limited liability company, DWELL HOME FURNISHINGS, LLC, a New York limited liability company, and DOES 1-25, | |
| Defendants. | |

1     WHEREAS, the parties have resolved their disputes and have entered into a confidential settlement agreement.

    NOW THEREFORE, the parties hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that this action, including all claims and defenses therein, is and shall be dismissed with prejudice. Each party to bear its own attorneys' fees and costs.

Dated: September 5, 2007

Neil D. Greenstein
Kimberly D. Marks
TECHMARK

By: /s/ Neil D. Greenstein
Neil D. Greenstein
Attorney for Defendants Design Space, LLC
and Dwell Home Furnishings, LLC

Dated: September 5, 2007

D. Peter Harvey
Seth I. Appel
HARVEY SISKIND LLP

By: /s/ D. Peter Harvey
Attorneys for Plaintiff Dwell, LLC

---

STIP. DISMISSING ACTION- Case No. CV07-2330 SBA
- 1 -